UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      CASE NO. 21-01103
                                            CHAPTER 13
        VICTORIA M BREWER-BAISI,
                                            HON. TIMOTHY A. BARNES
                DEBTOR.
                                            HEARING DATE: 6/24/2021
                                            HEARING TIME: 2:30 P.M.


NOTICE OF WITHDRAWAL OF OBJECTION

To:     David M Siegel          davidsiegelbk@semradlaw.com
        Marilyn O. Marshall     courtdocs@chi13.com
        Patrick S. Layng        USTPRegion11.ES.ECF@usdoj.gov

        The City of Chicago hereby withdraws its Objection to Plan Confirmation.

Celia Meza                                  Respectfully submitted,
Acting Corporation Counsel
Jaime Dowell (ARDC# 6281312)                THE CITY OF CHICAGO
Assistant Corporation Counsel
Chicago Department of Law                   Celia Meza
121 N. LaSalle St., Suite 400               Acting Corporation Counsel
Chicago, IL  60602
Ph. 312-742-0056                            By:    /s/  Jaime Dowell
jaime.dowell@cityofchicago.org


CERTIFICATE OF SERVICE

        I, Jaime Dowell, an attorney, certify that I caused this notice to be served
on the listed parties through the ECF system on 6/14/2021.

                                            /s/  Jaime Dowell